IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

ROBERT SCHUTZER and
KAREN SCHUTZER,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

Appellants,

CASE NO. 1D15-3659

v.

PALM BEACH COUNTY,
MINTO PBLH, LLC,

Appellees.

_____/

Opinion filed March 15, 2016.

An appeal from the Department of Economic Opportunity.
William B. Killingsworth, Director.

Lesley Blackner, Palm Beach, for Appellants.

Robert P. Banks, Chief Assistant County Attorney, Amy Taylor Petrick, Senior Assistant County Attorney, Palm Beach County Attorney's Office, West Palm Beach, for Appellee Palm Beach County.

Gary K. Hunter, Jr., Vinette D. Godelia, and Miguel Collazo, III, of Hopping, Green & Sams, P.A., Tallahassee, and Tara W. Duhy of Lewis Longman & Walker, P.A., West Palm Beach, for Appellee Minto PBLH, LLC.

PER CURIAM.

AFFIRMED.

ROBERTS, C.J., WOLF and THOMAS, JJ., CONCUR.